Decided May 24, 1995

STATE OF CONNECTICUT *v.* EARL SMART

The defendant's petition for certification for appeal from the Appellate Court, 37 Conn. App. 360 (AC 12546), is denied.

*Deborah DelPrete Sullivan,* in support of the petition.

*Leon F. Dalbec, Jr.,* assistant state's attorney, in opposition.

Decided May 24, 1995

STATE OF CONNECTICUT *v.* CHARLES A. MERDINGER

The defendant's petition for certification for appeal from the Appellate Court, 37 Conn. App. 379 (AC 11082), is denied.

*George C. Springer, Jr.,* special public defender, in support of the petition.